# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>Cameron FORTUNE,<br><br>                Defendant. | Case No.: **20MJ1571**<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about April 24, 2020, within the Southern District of California, Cameron FORTUNE, did knowingly and intentionally import 500 grams and more, to wit: approximately 16.76 kgs (36.94 pounds), of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

                                                _____
                                                Special Agent Carmen Jacobsen
                                                Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 27th day of April 2020.

                                                _____
                                                HON. KAREN S. CRAWFORD
                                                U.S. MAGISTRATE JUDGE

## STATEMENT OF FACTS

On April 24, 2020, at approximately 2:25 P.M., Cameron Fortune ("FORTUNE"), a United States citizen, applied for admission into the United States from Mexico through the San Ysidro Port of Entry, vehicle lane #8. FORTUNE was the driver, sole occupant, and registered owner of a 2006 Jeep Cherokee Laredo ("the vehicle") bearing California license plates.

FORTUNE made contact with a Customs and Border Protection Officer ("CBPO") that was conducting primary operations and presented himself for inspection. FORTUNE presented a United States Passport book as his entry document. The CBPO asked FORTUNE where he was going to which FORTUNE replied San Diego. The CBPO received two (2) negative declarations from FORTUNE. The CBPO began to do a quick search of the vehicle and tapped the spare tire of the vehicle. When the CBPO tapped the vehicle a large amount of dirt fell off and the tire felt flat. The CBPO then tapped the spare tire with both hands and felt that the tire was not securely fastened, allowing it to wiggle. The tire felt heavy and not hollow. At that time the CBPO requested that the vehicle go to secondary and that the spare tire be X-Rayed.

A CBPO operating the Z-Portal X-Ray machine detected anomalies in the rear area of the vehicle, namely, the spare tire.

1

A Canine Enforcement Team was notified of the anomalies found with the Z-Portal X-Ray machine. The Canine Enforcement Team, conducting K9 port operations approached the vehicle and the Human and Narcotic Detection Dog alerted to the area underneath the rear bumper of the vehicle, where the spare tire was located.

Further inspection of the vehicle resulted in the discovery of a total of sixteen (16) packages concealed in the spare tire of the vehicle. The CBPO conducting the inspection observed plastic wrapped packages protruding from the spare tire located underneath the vehicle. The packages were described as being brick shaped packages, wrapped in foil and clear plastic wrap and contained a white, powdery, crystal-like substance. A black electronic device, believed to be a GPS Tracker, was located underneath the steering console.

One (1) of the sixteen (16) packages was randomly selected by the CBPO and the substance contained within was a white crystal-like, which tested positive for the properties of methamphetamine. The test was conducted by using a GEMINI testing instrument.

The total approximate weight of the sixteen (16) packages containing a substance believed to be methamphetamine was 16.76 kilograms (36.94 pounds).

FORTUNE was placed under arrest at approximately 4:50 P.M.

FORTUNE denied knowledge of the drugs in the vehicle and advised that he does not know how they got in the vehicle. FORTUNE states that he dropped the vehicle off in a vehicle repair shop in Tijuana on Wednesday April 15, 2020, in order to get the alternator repaired and did not pick up the vehicle until Sunday April 19, 2020, and did not cross into the United States at all until Friday April 24, 2020. However, based on crossing history for FORTUNE and the vehicle, both crossed into the United States on April 15, 2020 and on April 18, 2020.

FORTUNE was arrested and charged with a violation of Title 21, United States Code, 952 and 960, importation of a controlled substance. FORTUNE was given a Notice to Appear on July 24, 2020 at 2:00 P.M. and was released from custody by CBP.